FILED"15 MAR 13 12:53USDC-ORM

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# DIVISION

Jon C Kelly

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant.

Civil Case No. 1:15-CV-00423-AA
*(to be assigned by Clerk of the Court)*

**COMPLAINT FOR JUDICIAL REVIEW OF DECISION BY COMMISSIONER OF SOCIAL SECURITY**

1. Plaintiff resides at:
   Street Address: 18 Washington St #C
   City: Medford
   County: Jackson
   State: OR
   Zip Code: 97501
   Telephone No.: 541-420-5739

2. Plaintiff seeks judicial review of the final decision by the Commissioner of Social Security denying his/her application for Social Security Disability Insurance Benefits and/or Supplemental Security Income disability benefits.

3. June 28, 2013 Plaintiff received the decision of the Administrative Law Judge on Feb 9 2015 *(date)* and received notice of the decision or denial of review by the Appeals Council on Feb 9 2015 *(date)*.

4. The final decision of the Commissioner should be (check all that apply):
   ☒ Reversed and remanded for an award of benefits
   ☒ Reversed and remanded for further proceedings
   ☐ Modified

SOCIAL SECURITY COMPLAINT
Revised: Aug 4, 2010

Page 1

5. Plaintiff has exhausted all administrative remedies in this matter, and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

WHEREFORE, Plaintiff seeks judicial review by the Court and entry of judgment of such relief as may be proper.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~23~~ /13 day of ~~Feb~~ March, 20 15.

*(Signature of Plaintiff(s))*

SOCIAL SECURITY COMPLAINT
Revised: Aug 4, 2010

Page 2